**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6668**

_____

ROBERT JEREMY HAYNES,

        Plaintiff - Appellant,

    v.

TYLER J. RICHARDS; DANIEL DEAS, Sergeant; NORTH CAROLINA DEPARTMENT OF JUSTICE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-ct-03059-M-RJ)

_____

Submitted:  November 25, 2025                                    Decided:  December 2, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Jeremy Haynes, Appellant Pro Se.  Emmett James Whelan, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Jeremy Haynes seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 action against Defendant Daniel Deas for failure to exhaust administrative remedies. The order did not resolve Haynes's claims against Defendant Tyler Richards, and the case remains pending below. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Because the order Haynes seeks to appeal did not resolve all of his claims as to all parties, it is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2